1  **MICHAEL N. FEUER**, City Attorney - **SBN 111529x**
   **THOMAS H. PETERS**, Chief Assistant City Attorney
2  **CORY M. BRENTE**, Assistant City Attorney
   **SUREKHA A. PESSIS**, Deputy City Attorney - **SBN 193206**
3  Email: Surekha.Pessis@lacity.org
   200 North Main Street
4  6th Floor, City Hall East
   Los Angeles, CA 90012
5  Phone No.: (213) 978-7036, Fax No.: (213) 978-8785

6  *Attorneys for Defendants*, **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA**
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  ROY GALVAN,                          ) CASE NO.: CV14-00495 CAS (AJWx)
                                         ) *Hon. Christina A. Synder, Ctrm. 5, 2nd Fl.*
12                                       ) *Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*
13
                *Plaintiff*,             )
14                                       ) **ANSWER BY DEFENDANTS
       v.                                ) CITY OF LOS ANGELES, DAVID
15                                       ) NUNN, MIGUEL TERRAZAS, AND
    CITY OF LOS ANGELES, LAPD            ) RICHARD ARCINIEGA TO
16  OFFICERS MIGUEL TERRAZAS,            ) PLAINTIFF'S COMPLAINT;
    DAVID NUNN, RICHARD ARCINIEGA        ) DEMAND FOR JURY TRIAL**
17  AND DOE DEFENDANT 1 THROUGH          )
    10, INCLUSIVE,                       )
18                                       )
19              *Defendants*.            )
                                         )
20  ─────────────────────────────────────

21

22       COMES NOW DEFENDANTS, **CITY OF LOS ANGELES, DAVID NUNN,**

23  **MIGUEL TERRAZAS, and RICHARD ARCINIEGA**, answer Plaintiff's Complaint

24  in the above-entitled action, for themselves alone and for no other party, hereby admit,

25  deny, and allege as follows:

26  / / /

27  / / /

28  / / /

## I.
## INTRODUCTION

Defendants' deny the allegations stated therein.

## II.
## VENUE AND JURISDICTION

1. Answering paragraph 1, Defendants admit jurisdiction is proper.

2. Answering paragraph 2, Defendants admit the United States District Court-Central District of California is the proper venue for this litigation.

## III.
## PARTIES

3. Answering paragraph 3, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4, Defendants admit the allegations contained therein.

5. Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering paragraph 6, Defendants admit LAPD Officers Arciniega, Nunn and Terrazas were employees of the City of Los Angeles at the time of the Plaintiff's arrest and are currently employees of the City of Los Angeles. Defendants deny the remaining allegations contained therein.

7. Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///
///

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants deny the allegations contained therein.

## IV.

## FACTS COMMON TO ALL COUNTS

10. Answering paragraph 10, Defendants deny the allegations contained therein.
11. Answering paragraph 11, Defendants deny the allegations contained therein.
12. Answering paragraph 12, Defendants deny the allegations contained therein.
13. Answering paragraph 13, Defendants deny the allegations contained therein.
14. Answering paragraph 14, Defendants deny the allegations contained therein.
15. Answering paragraph 15, Defendants deny the allegations contained therein.
16. Answering paragraph 16, Defendants deny the allegations contained therein.
17. Answering paragraph 17, Defendants deny the allegations contained therein.
18. Answering paragraph 18, Defendants deny the allegations contained therein.
19. Answering paragraph 19, Defendants deny the allegations contained therein.
20. Answering paragraph 20, Defendants deny the allegations contained therein.

20(a). Answering paragraph 20(a), Defendants deny the allegations contained therein.

20(b). Answering paragraph 20(b), Defendants deny the allegations contained therein.

20(c). Answering paragraph 20(c), Defendants deny the allegations contained therein.

20(d). Answering paragraph 20(d), Defendants deny the allegations contained therein.

20(e). Answering paragraph 20(e), Defendants deny the allegations contained therein.

20(f). Answering paragraph 20(f), Defendants deny the allegations contained therein.

20(g). Answering paragraph 20(g), Defendants deny the allegations contained therein.

20(h). Answering paragraph 20(h), Defendants deny the allegations contained therein.

20(h)(1). Answering paragraph 20(h)(1), Defendants deny the allegations contained therein.

20(h)(2). Answering paragraph 20(h)(2), Defendants deny the allegations contained therein.

20(h)(3). Answering paragraph 20(h)(3), Defendants deny the allegations contained therein.

20(h)(4). Answering paragraph 20(h)(4), Defendants deny the allegations contained therein.

20(h)(5). Answering paragraph 20(h)(5), Defendants deny the allegations contained therein.

20(h)(6). Answering paragraph 20(h)(6), Defendants deny the allegations contained therein.

20(i). Answering paragraph 20(i), Defendants deny the allegations contained therein.

20(j). Answering paragraph 20(j), Defendants deny the allegations contained therein.

21. Answering paragraph 21, Defendants deny the allegations contained therein.

22. Answering paragraph 22, Defendants deny the allegations contained therein.

23. Answering paragraph 23, Defendants deny the allegations contained therein.

24. Answering paragraph 24, Defendants deny the allegations contained therein.

25. Answering paragraph 25, Defendants deny the allegations contained therein.

///

## V.

## ANSWER TO FIRST CAUSE OF ACTION

26. Answering paragraph 26, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

27. Answering paragraph 27, Defendants deny the allegations contained therein.

28. Answering paragraph 28, Defendants deny the allegations contained therein.

29. Answering paragraph 29, Defendants deny the allegations contained therein.

30. Answering paragraph 30, Defendants deny the allegations contained therein.

31. Answering paragraph 31, Defendants deny the allegations contained therein.

32. Answering paragraph 32, Defendants deny the allegations contained therein.

33. Answering paragraph 33, Defendants deny the allegations contained therein.

## VI.

## ANSWER TO SECOND CAUSE OF ACTION

34. Answering paragraph 34, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

35. Answering paragraph 35, Defendants deny the allegations contained therein.

36. Answering paragraph 36, Defendants deny the allegations contained therein.

37. Answering paragraph 37, Defendants deny the allegations contained therein.

38. Answering paragraph 38, Defendants deny the allegations contained therein.

39. Answering paragraph 39, Defendants deny the allegations contained therein.

40. Answering paragraph 40, Defendants deny the allegations contained therein.

41. Answering paragraph 41, Defendants deny the allegations contained therein.

///
///
///

## VII.

## ANSWER TO THIRD CAUSE OF ACTION

42. Answering paragraph 42, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

43. Answering paragraph 43, Defendants deny the allegations contained therein.

44. Answering paragraph 44, Defendants deny the allegations contained therein.

45. Answering paragraph 45, Defendants deny the allegations contained therein.

46. Answering paragraph 46, Defendants deny the allegations contained therein.

47. Answering paragraph 47, Defendants deny the allegations contained therein.

48. Answering paragraph 48, Defendants deny the allegations contained therein.

49. Answering paragraph 49, Defendants deny the allegations contained therein.

50. Answering paragraph 50, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence and fault of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence and fault.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence and fault of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence and fault.

### THIRD AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

### FOURTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for defense of others.

### FIFTH AFFIRMATIVE DEFENSE

The City is immune from the imposition of punitive damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue upon one or more of the claims for relief.

### SEVENTH AFFIRMATIVE DEFENSE

The claims for relief are barred by applicable statutes of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff may be asserting state law claims, the City is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 820(b); 820.2; 820.4; 820.8; 821.6; 822.2; 830.2; 835.4; 840; 844.6; 845.6; 845.8; 850.4; 850.8; 855.6; and 855.8;

Civil Code § 3333.3;

Penal Code §§ 835(a); 836.5 and 847

### NINTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to comply with Government Code Sections 911, et seq.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to any, or to a reduced, recovery on the ground that she failed to mitigate damages.

### TWELFTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants' actions are privileged pursuant to Civil Code 47.

### FOURTEENTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### FIFTEENTH AFFIRMATIVE DEFENSE

The answering defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal. App.3d 579 (1981).

### SIXTEENTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of witness immunity.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering defendants are protected from liability under the federal doctrine of quasi-judicial immunity.

### EIGHTEENTH AFFIRMATIVE DEFENSE

All Defendant officers sued in their official capacities are immune from the imposition of punitive damages.

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

### PRAYER FOR RELIEF

W H E R E F O R E, Defendants **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA** pray for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed in its entirety;
3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988 and any other applicable fee-recovery statutes.

5. That sanctions be awarded in accordance with proof pursuant to Federal Rule of Civil Procedure 11.

## DEMAND FOR JURY TRIAL

Defendants **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA** demand and request a trial by jury in this matter.

DATED: May 19, 2014

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By _____
SUREKHA A. PESSIS, Deputy City Attorney

*Attorneys for Defendants,* **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA**