1 | **MICHAEL N. FEUER**, City Attorney - **SBN 111529x**
**THOMAS H. PETERS**, Chief Assistant City Attorney
2 | **CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney - **SBN 193206**
3 | Email: Surekha.Pessis@lacity.org
200 North Main Street
4 | 6th Floor, City Hall East
Los Angeles, CA 90012
5 | Phone No.: (213) 978-7036, Fax No.: (213) 978-8785

6 | *Attorneys for Defendants,* **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA**

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA

11 | ROY GALVAN,  ) CASE NO.: CV14-00495 CAS (AJWx)
  ) *Hon. Christina A. Synder, Ctrm. 5, 2nd Fl.*
12 |   ) *Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*
13 | *Plaintiff,*  )
  ) **STIPULATION OF DISMISSAL AS**
14 | v.  ) **TO LAPD DETECTIVE RICHARD**
  ) **ARCINIEGA ONLY**
15 | CITY OF LOS ANGELES, LAPD )
OFFICERS MIGUEL TERAZAS, DAVID )
16 | NUNN, RICHARD ARCINIEGA AND ) **[Filed concurrently with [Proposed]**
DOE DEFENDANT 1 THROUGH 10, ) **Order]**
17 | INCLUSIVE,  )
  )
18 |   )
  )
19 | *Defendants.*  )
  )
20 | _____ )

23 | **TO THE HONORABLE COURT:**

24 | **IT IS HEREBY STIPULATED** by and between the Plaintiff **ROY GALVAN** on

25 | the one hand and Defendants **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL**

26 | **TERRAZAS,** and **RICHARD ARCINIEGA,** through their designated counsel, as

27 | follows that Detective Richard Arciniega be dismissed from this action with prejudice

28 | according to Rule 41 (a) (1) of the Federal Rules of Civil Procedure.

1

1 | Each party is to bear its own costs and attorney fees as they relate to this litigation
2 | with regard to Defendant Arciniega only.
3 |
4 | ***IT IS SO STIPULATED.***
5 |
6 | DATED: July 13, 2015        **LAW OFFICES OF HERMEZ MORENO**
7 |
8 | By  /S/ - *Hermez Moreno*
         **HERMEZ MORENO, ESQ.**
9 |      *Attorneys for Plaintiff,* **ROY GALVAN**
10 |
11 | DATED: July 13, 2015        **MICHAEL N. FEUER**, City Attorney
                                **THOMAS H. PETERS**, Chief Assistant City Attorney
                                **CORY M. BRENTE**, Assistant City Attorney
12 |
13 |
14 | By  /S/ - *Surekha A. Pessis*
         **SUREKHA A. PESSIS, DCA**
15 |     *Attorneys for Defendants,* **CITY OF LOS ANGELES, DAVID NUNN, MIGUEL TERRAZAS, and RICHARD ARCINIEGA**

2