UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY GALVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, LAPD OFFICERS MIGUEL TERAZAS, DAVID NUNN, RICHARD ARCINIEGA AND DOE DEFENDANT 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: CV14-00495 CAS (AJWx)<br>*Hon. Christina A. Synder, Ctrm. 5, 2nd Fl.*<br>*Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*<br><br>[~~PROPOSED~~] ORDER DISMISSING DETECTIVE RICHARD ARCINIEGA ONLY<br><br>**[Filed concurrently with [Proposed] Order]** |

　　　GOOD CAUSE appearing therefore,

　　　IT IS HEREBY ORDERED that the above-captioned action against *Defendant* **DETECTIVE RICHARD ARCINIEGA**, is dismissed, with prejudice.

*/s/ Christina A. Snyder*

DATED: July 14, 2015

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

1