**MICHAEL N. FEUER**, City Attorney - **SBN 111529x**
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney - **SBN 193206**
Email: Surekha.Pessis@lacity.org
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036, Fax No.: (213) 978-8785

*Attorneys for Defendants,* **CITY OF LOS ANGELES, DAVID NUNN, and MIGUEL TERRAZAS**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY GALVAN,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF LOS ANGELES, LAPD OFFICERS MIGUEL TERAZAS, DAVID NUNN, RICHARD ARCINIEGA AND DOE DEFENDANT 1 THROUGH 10, INCLUSIVE,<br><br>*Defendants.* | CASE NO.: CV14-00495 CAS (AJWx)<br>*Hon. Christina A. Synder, Ctrm. 5, 2nd Fl.*<br>*Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*<br><br>**DECLARATION OF SUREKHA A. PESSIS IN SUPPORT OF MOTION IN LIMINE NO. 3; EXHIBIT**<br><br>[Filed concurrently with Defendants' Motion in Limine No. 3)<br><br>Final P.T.C.: July 18, 2016<br>Time: 11:00 a.m.<br>Ctrm.: 5<br><br>Trial Date: August 16, 2016 |

**DECLARATION OF SUREKHA A. PESSIS**

I, SUREKHA A. PESSIS, declare as follows:

1. I am a Deputy City Attorney with the Los Angeles City Attorney's Office. I am assigned with the responsibility of representing Defendants City of Los Angeles, David Nunn, and Miguel Terrazas in the matter of *Roy Galvan v. City of Los Angeles, et al.*, CV14-00495 CAS (AJWx). I am admitted to practice before the United States

District Court-Central District of California. I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief.

2. Plaintiff claims he was arrested without probable cause on March 1, 2011 for the murder of Joey Gutierrez. Attached hereto and marked as Exhibit "**A**" is a true and correct copy the first page and pages 22-23 of the docket for the underlying criminal action, BA381625, wherein Plaintiff was charged with murder. According to page 23, Plaintiff was acquitted on April 20, 2012.

3. Plaintiff will not stipulate to exclude the result of the criminal case at trial in this action. There is no claim for malicious prosecution in this action.

4. The key legal issue in this case is whether my clients had probable cause to arrest Plaintiff.

5. While the Fourth Amendment provides an effective check and balance system on law enforcement officers, the U.S. Supreme Court's opinion in *Baker v. McCollan*, 443 U.S. 137, 145 (1979) makes it crystal clear that the United States Constitution does not guarantee that only the guilty will be arrested.

6. There is little doubt each side is passionate about its position and contentions. As the lawyers, we must be strong advocates and expose the weaknesses in our opponent's case. However, the jury's verdict in this case must be based on the law and relevant evidence. Stated differently, the jury's verdict must be free of bias, emotion, and prejudice. The jurors should not hear evidence that "Plaintiff is innocent" or that Plaintiff was acquitted.

7. If the jury hears such evidence, the Defendants will suffer irreparable prejudice. (FRE 403)

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 20th day of June 2016, at Los Angeles, California.

/S/ - *Surekha A. Pessis*
**SUREKHA A. PESSIS, Declarant**