SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. BA381625 PAGE NO. 1
THE PEOPLE OF THE STATE OF CALIFORNIA VS. CURRENT DATE 07/17/14
DEFENDANT 01: ROY GALVAN
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - NEWTON AREA

| BAIL: APPEARANCE DATE | AMOUNT OF BAIL | DATE POSTED | RECEIPT OR BOND NO. | SURETY COMPANY | REGISTER NUMBER |
|---|---|---|---|---|---|

CASE FILED ON 03/03/11.
OFFENSE(S):
COUNT 01: 187(A) PC FEL
COMMITTED ON OR ABOUT 01/28/11 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
03/03/11 830 AM ARRAIGNMENT DIST CRIM JUSTICE CTR (LAC) DEPT 030

ON 03/03/11 AT 830 AM IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ARRAIGNMENT
PARTIES: UPINDER S. KALRA (JUDGE) JENNIFER BACON (CLERK)
SHERRY QUENGA (REP) SARIKA KIM (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED. JEAN BURKE - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JEAN BURKE DEPUTY PUBLIC DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 187(A) PC.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
-D.A. SARIKA KIM TIME. EST. 4 HOURS

A 10/60 DAY TIME WAIVER IS TAKEN.

MATTER IS TRAILED TO THE BELOW DATE AND TIME.
BAIL SET AT $2,000,000.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
03/21/11 830 AM PRELIM SETTING/RESETTING DIST CRIM JUSTICE CTR (LAC) DEPT 030

CUSTODY STATUS: REMANDED TO CUSTODY

ON 03/21/11 AT 830 AM IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: UPINDER S. KALRA (JUDGE) TED LAI (CLERK)
SHERRY QUENGA (REP) ROBERT SERNA (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANNA M. HAIGWOOD DEPUTY PUBLIC DEFENDER
BAIL SET AT $2,000,000
MATTER IS CONTINUED TO 4/8/11 AT 8:30 A.M. IN DEPARTMENT 30,
AS DAY 0 OF 20.
**DISCOVERY OUTSTANDING***

OUT OF THE PRESENCE OF THE JURY: COURT AND COUNSEL INQUIRE OF JUROR #5 REGARDING A NOTE HE PRESENTED STATING THAT HE THINKS HE RECOGNIZES ONE OF THE WITNESSES.

COURT AND COUNSEL CONFER RE: JURY INSTRUCTIONS AND EXHIBITS, AS FULLY REFLECTED IN THE NOTES OF THE OFFICIAL COURT REPORTER.

ALL DEFENSE EXHIBITS ARE ADMITTED INTO EVIDENCE. ALL PEOPLE'S EXHIBITS ARE ADMITTED INTO EVIDENCE, WITH THE EXCEPTION OF PEOPLE'S EXHIBIT #27, WHICH IS WITHDRAWN.

DEFENSE MOTION PURSUANT TO PENAL CODE SECTION 1118.1 IS DENIED.
NEXT SCHEDULED EVENT:
04/19/12 1000 AM JURY TRIAL IN PROGRESS DIST CENTRAL DISTRICT DEPT 106

CUSTODY STATUS: DEFENDANT REMANDED

ON 04/19/12 AT 1000 AM IN CENTRAL DISTRICT DEPT 106

CASE CALLED FOR JURY TRIAL IN PROGRESS
PARTIES: LARRY P. FIDLER (JUDGE) WENDY WARREN (CLERK)
DIANNA CRITTENDEN (REP) SCOTT DAVID MARCUS (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANNA M. HAIGWOOD DEPUTY PUBLIC DEFENDER
BAIL SET AT $2,000,000
TRIAL RESUMES WITH ALL PARTIES AND JURORS PRESENT AS HERETOFORE.

OUT OF THE PRESENCE OF THE JURY: COURT AND COUNSEL FINALIZE JURY INSTRUCTIONS.

IN THE PRESENCE OF THE JURY: PEOPLE GIVE CLOSING ARGUMENT.

CLOSING ARGUMENT IS MADE ON BEHALF OF THE DEFENDANT.

THE JURY IS ADMONISHED, EXCUSED AND TRIAL IS CONTINUED TO 4/20/12 AT 9:30 A.M.
NEXT SCHEDULED EVENT:

04/20/12 930 AM JURY TRIAL IN PROGRESS DIST CENTRAL DISTRICT DEPT 106

CUSTODY STATUS: DEFENDANT REMANDED

ON 04/20/12 AT 930 AM IN CENTRAL DISTRICT DEPT 106

CASE CALLED FOR JURY TRIAL IN PROGRESS
PARTIES: LARRY P. FIDLER (JUDGE) WENDY WARREN (CLERK)
JANET MOXHAM (REP) SCOTT DAVID MARCUS (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANNA M. HAIGWOOD DEPUTY PUBLIC DEFENDER
COUNT (01) : DISPOSITION: ACQUITTED
TRIAL RESUMES WITH ALL PARTIES AND JURORS PRESENT AS HERETOFORE.

PEOPLE PRESENT REBUTTAL ARGUMENT.

THE COURT INSTRUCTS THE JURY. DUE TO THE UNAVAILABILITY OF JUDGE LARRY FIDLER, JUDGE GEORGE LOMELI INSTRUCTS THE JURY.

CASE NO. BA381625
DEF NO. 01

PAGE NO. 23
DATE PRINTED 07/17/14

THE BAILIFF IS SWORN TO TAKE CHARGE OF THE JURY AND ALTERNATE JURORS.

THE JURY IS EXCUSED FOR LUNCH.

AT 1:30 P.M., JURY DELIBERATIONS COMMENCE.

AT 2:49 P.M., THE JURY TAKES A BREAK, RESUMING DELIBERATIONS AT 2:55 P.M.

AT 3:20 P.M., THE JURY NOTIFIES THE COURT THAT A VERDICT HAS BEEN REACHED.

AT 3:40 P.M., WITH ALL PARTIES AND JURORS PRESENT, THE FOLLOWING VERDICT IS READ:

{TITLE OF COURT AND CAUSE} "WE, THE JURY, IN THE ABOVE-ENTITLED

ACTION, FIND THE DEFENDANT ROY GALVAN, NOT GUILTY OF THE CRIME OF SECOND DEGREE MURDER, IN VIOLATION OF PENAL CODE SECTION 187(A), A FELONY, AS CHARGED IN COUNT 1 OF THE INFORMATION.

THIS 20TH DAY OF APRIL, 2012 /S/ JUROR #4, FOREPERSON"

POLLING OF THE JURY IS WAIVED.

RE-READING OF THE VERDICT AS RECORDED IS WAIVED.

ALL VERDICT FORMS AND JURY INSTRUCTIONS ARE FILED THIS DATE.

DEFENDANT IS ORDERED RELEASED/THIS CASE ONLY/RELEASE #AN033371.
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

ON 06/13/12 AT 330 PM IN CENTRAL DISTRICT DEPT 125

CASE CALLED FOR PACE CLAIM

PARTIES: LAURA F. PRIVER (JUDGE) CLAUDIA PEARCE (CLERK)
NONE (REP) SCOTT DAVID MARCUS (DA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

PAYMENT IN THE AMOUNT OF $1,875.00 FOR EXPERT DANA ORENT, CLAIM SIGNED AND RETURNED TO THE CLERK'S OFFICE FOR PROCESSING.
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

ON 06/13/12 AT 500 PM IN CENTRAL DISTRICT DEPT CLK

CASE CALLED FOR PACE CLAIM
PARTIES: NONE (JUDGE) NONE (CLERK)
NONE (REP) SCOTT DAVID MARCUS ()
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
DECLARATION AND ORDER FOR PAYMENTS OF EXPERT/ATTORNEY FEES APPROVED AND FILED ON THIS DATE 06/13/12, U-905751 . ENTRY

CASE NO. BA381625
DEF NO. 01

PAGE NO. 24
DATE PRINTED 07/17/14

BY D. FLINTROY
NEXT SCHEDULED EVENT:
DOCKET LINE ENTRY

05/03/13 ARREST DISPOSITION REPORT SENT VIA CD TO DEPARTMENT OF JUSTICE

07/17/14

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY ______________________, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES